UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN ZHAI,<br><br>                Plaintiff,<br><br>   v.<br><br>UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); JONATHAN Q. WEEKS, Director, Seattle Field Office, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                Defendants. | CASE NO. 2:23-cv-01892-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Plaintiff's Motion to Withdraw as Attorney (Dkt. No. 8) is STRICKEN as duplicative of her subsequent motion. Plaintiff's Uncontested Motion to Withdraw as Attorney (Dkt. No. 9) is RENOTED for **March 29, 2024**, in accordance with Local Civil Rule 7(d)(3), as it is not clear that the motion is uncontested by Defendants.

Dated this 13th day of March 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1