# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **DAN ZHAI,**<br><br>Petitioner,<br><br>v.<br><br>**UR JADDOU**, Director, U.S. Citizenship and Immigration Services (USCIS); **JONATHAN Q WEEKS**, Director, Seattle Field Office, USCIS; **U.S. CITIZENSHIP AND IMMIGRATION SERVICES**<br><br>Respondents. | Case No.: 2:23-cv-01892-TL<br><br>[PROPOSED] ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY AND ALLOWING PRO SE ECF REGISTRATION AND PRO SE NOTICE OF APPEARANCE<br><br>Note on Motion Calendar: 03/12/2024 |

Upon consideration of Counsel's Uncontested Motion to Withdraw as Attorney, it is SO ORDERED. Counsel Bart Klein is withdrawn as attorney for plaintiff Dan Zhai, and plaintiff is ordered to resubmit the Request for Access to the Court's ECF within one day of the date of this order, and then when such Access is granted, is ordered, within one day, to file a Notice of Appearance.

DATED this 18th day of March, 2024.

_____
Tana Lin
United States District Judge

[Proposed] Order
2:23-cv-01892-TL
Zhai v Jaddou et al

Page 1 of 2

Law Offices of Bart Klein
#500, 605 First Avenue
Seattle, WA  98104
(206)755-5651cell/624-3787off/238-9975fax

1

2  Presented by Bart Klein this 12th Day of March 2024.

3

4  s/ Bart Klein, WSBA #10909, ("Counsel")
   Bart Klein, Attorney for Petitioner
   Law Offices of Bart Klein
5  605 First Avenue. Suite 500
   Seattle, WA 98104
6  Telephone: (206)624-3787
7  Facsimile: (206)238-9975
   mail to: bart.klein@bartklein.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  [Proposed] Order                                                  Law Offices of Bart Klein
    2:23-cv-01892-TL                    Page 2 of 2                    #500, 605 First Avenue
    Zhai v Jaddou et al                                                  Seattle, WA  98104
27                                                          (206)755-5651cell/624-3787off/238-9975fax

28