UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN ZHAI,<br><br>                Petitioner,<br><br>   v.<br><br>UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); JONATHAN Q. WEEKS, Director, Seattle Field Office, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                Respondents. | CASE NO. 2:23-cv-01892-TL<br><br>ORDER ON MOTION TO EXTEND INITIAL SCHEDULING DATES |

This matter is before the Court on Respondents' Motion to Extend Initial Scheduling Dates. Dkt. No. 12. Respondents state that Petitioner "does not oppose an extension of the FRCP 26(f) Conference, but she has not responded about the remaining deadlines." *Id.* at 1.

Accordingly, considering the Court's Order (Dkt. No. 14) granting Petitioner's motion to withdraw, and having reviewed the relevant record, Respondents' motion is GRANTED. The Parties shall meet and confer and propose a new initial case schedule **by April 1, 2024**.

Dated this 18th day of March 2024.

Tana Lin
United States District Judge
