UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN ZHAI,<br><br>                    Petitioner,<br><br>       v.<br><br>UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); JONATHAN Q. WEEKS, Director, Seattle Field Office, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Respondents. | CASE NO. 2:23-cv-01892-TL<br><br>ORDER ON MOTION TO AMEND |

This matter is before the Court on Petitioner Dan Zhai's Motion to Amend the Petition, Correct Text Error in Original Petition. Dkt. No. 17. Respondents did not file an opposition to the motion. *See* LCR 7(d)(3). Accordingly, having reviewed the relevant record, the Court GRANTS the motion. The Clerk SHALL promptly file the amended petition (Dkt. No. 17-1).

Dated this 5th day of April 2024.

Tana Lin
United States District Judge