District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAN ZHAI, | Case No. 2:23-cv-01892-TL |
| Petitioner, | ORDER GRANTING RESPONDENTS' MOTION TO STAY DISCOVERY |
| v. | |
| UR JADDOU, *et al.*, | |
| Respondents. | |

THIS MATTER, having come before the Court upon Respondents' Motion to Stay Discovery, the Court having reviewed Respondents Motion and any responses and reply thereto, and the record herein, and being fully advised,

IT IS HEREBY ORDERED that Respondents' Motion is GRANTED.  Discovery, including the initial scheduling deadlines, is stayed pending the Court's order on Respondents' Motion to Remand (Dkt. No. 19).

Dated this 9th day of April, 2024.

Tana Lin
United States District Judge

ORDER
[Case No. 2:23-cv-01892-TL] - 1