UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAN ZHAI,

                        Petitioner,

      v.

UR JADDOU, Director, U.S. Citizenship and Immigration Services (USCIS); JONATHAN Q. WEEKS, Director, Seattle Field Office, USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

                   Respondents.

CASE NO. 2:23-cv-01892-TL

ORDER

This matter is before the Court *sua sponte*. On April 19, 2024, this matter was remanded to the United States Citizenship and Immigration Services with directions to adjudicate Petitioner's naturalization application. Dkt. No. 28. According to a status report filed by Respondents, Petitioner's application was denied on June 12, 2024. Dkt. No. 29. Since the adjudication, Petitioner has not filed a status report or otherwise acted on the docket.

Accordingly, it is hereby ORDERED:

(1)    The stay in this matter is LIFTED.

(2)    This matter is administratively CLOSED with leave to reopen, if appropriate.

Dated this 20th day of August 2024.

_____
Tana Lin
United States District Judge

ORDER - 1